ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff The Bank of New York fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-6*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6,<br><br>Plaintiff,<br>v.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; SBW INVESTMENT, LLC; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02561-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE REPLIES IN SUPPORT OF THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

The Bank of New York fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-6 (**BoNYM**), Star Hill Homeowners Association (the **HOA**), and SFR Investments Pool 1, LLC (**SFR**) (collectively, the **parties**), though their counsel of record, stipulate as follows:

1. The parties filed their respective motions for summary judgment on April 25, 2019. [ECF Nos. 58, 62, and 63.] The oppositions to these motions were filed on May 23, 2019. [ECF Nos. 69, 70, and 71.]

2. The replies are currently due June 6, 2019.

1

3. The parties hereby stipulate and agree the parties shall have fourteen (14) additional days to file their respective replies. The new deadline to file the replies to the parties' respective motions for summary judgment shall be **June 20, 2019**.

4. This is the first request for an extension of the reply deadlines and is not made for purposes of undue delay. The extension will allow the parties a meaningful opportunity to address the arguments raised in their summary judgment motions.

Respectfully submitted.

| | |
|---|---|
| This the 6th day of June, 2019. | This the 6th day of June, 2019. |
| **AKERMAN LLP** | **ALVERSON TAYLOR MORTENSEN & SANDERS** |
| */s/ Rex D. Garner* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff The Bank of New York fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-6* | */s/ Adam R. Knecht* <br> KURT R. BONDS, ESQ. <br> Nevada Bar No. 6228 <br> ADAM R. KNECHT, ESQ. <br> Nevada Bar No. 13166 <br> 7401 W. Charleston Blvd <br> Las Vegas, Nevada 89117 <br><br> *Attorneys for Defendant Star Hill HOA* |
| This the 6th day of June, 2019. <br><br> **KIM GILBERT EBRON** <br><br> */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* | |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of June, 2019.