SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff The Bank of New York fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-6*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6,<br><br>Plaintiff,<br>v.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; SBW INVESTMENT, LLC; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02561-RFB-BNW<br><br>**[PROPOSED] ORDER OF FINAL JUDGMENT CONFIRMING VALIDITY OF DEED OF TRUST AND EXPUNGEMENT OF TWO LIS PENDENS (20161107-0000348 AND 20170104-0000505)** |

On March 31, 2025, this Court entered a minute order (ECF No. 106) granting The Bank of New York fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-6 (**BoNYM**)'s motion for post-remand briefing and motion to supplement such briefing. ECF Nos. 93 & 101. This Court also granted the a stipulation to dismiss claims against Star Hill Homeowners Association (**HOA**). ECF No. 104. Consistent with the minute order, this Court now enters judgment as follows:

1.   This matter relates to real property located at 5020 Piney Summit Ave., Las Vegas, Nevada 89141-0484, APN No. 176-36-814-041 (**Property**).

1

2. BoNYM is the beneficiary of a deed of trust that encumbers the Property and was recorded on January 31, 2006, as Clark County instrument no. 20060131-0003398 (the **Deed of Trust**).

3. Richard A. Perez, Sr. and Rosemarie Perez are the borrowers identified in the Deed of Trust.

4. SBW Investments, LLC (**SBW**) purchased the Property at the Star Hill Homeowners Association's foreclosure sale, conducted by Nevada Association Services, Inc. (**NAS**), as reflected in the foreclosure deed recorded on September, 20, 2012, as Clark County instrument no. 20120920-0001817.

5. SBW conveyed the Property to SFR Investments Pool 1, LLC (**SFR**) as reflected in a grant, bargain , sale deed recorded on April 4, 2013, as Clark County instrument no. 20130405-0001725, and as corrected in Clark County instrument no. 20130626-0004741.

6. On November 4, 2016, BoNYM initiated an action against SFR, SBW, the HOA, and NAS to, *inter alia*, establish the validity of the Deed of Trust. ECF No. 1.

7. On January 3, 2017, SFR answered the complaint, filed a counterclaim against BoNYM for a declaration that the HOA's sale extinguished the Deed of Trust, and a cross-claim against the Perezes to establish it is the title holder of record following the HOA foreclosure sale.

8. On March 31, 2020, this Court granted SFR's motion for default judgment as to the Perezes and declare that that Richard A. Perez, Sr. and Rosemarie Perez, and any of their successors and assigns have no right, title or interest in the property and that SFR is the rightful title owner of the Property.

9. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA foreclosure deed and SFR's interest in the Property is subject to the Deed of Trust.

10. BoNYM's claims against the HOA were dismissed as reflected in the minute order. ECF No. 106.

11. BoNYM's claims against NAS are moot in light of the disposition.

12. All claims are now resolved and this matter is now closed, pending any post-judgment matters involved costs.

2

81097874;1

13. The lis pendens recorded on November 7, 2016, as Clark County instrument no. 20161107-0000348 is expunged.

14. The lis pendens recorded on January 4, 2017, as Clark County instrument no. 20170104-0000505 is expunged.

15. BoNYM, and any of its successors and assigns, or an agent thereof, may record this order against the Property and the Clark County recorder must identify the lis pendens identified herein as expunged in the Record Search System.

DATED: October 23, 2025.



_____
RICHARD F. BOULWARE, II
UNITED STATE DISTRICT JUDGE

Submitted by:

| This the 23rd day of April, 2025.<br>**AKERMAN LLP**<br><br> /s/ Scott R. Lachman<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>AKERMAN LLP<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Plaintiff The Bank of New York fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-6* |
|---|
| This the 23rd day of April, 2025.<br>**HANKS LAW GROUP**<br><br> /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

81097874;1